Patrick J. CONLON, Respondent,

v.

**RETIREMENT BOARD OF
ALLEGHENY COUNTY,
Petitioner.**

Supreme Court of Pennsylvania.

Feb. 9, 1999.

Bruce D. Campbell, Pittsburgh, for petitioner.

*ORDER*

PER CURIAM:

**AND NOW**, this 9th day of February, 1999, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues:

1. Whether the Commonwealth Court properly defined the term "by reason of no cause or act of his or her own . . . ." as it appears in 16 P.S. § 4710(b).

2. Whether the Commonwealth Court properly required that it was the Retirement Board of Allegheny County's burden to prove that Respondent had been terminated due to a "cause or act of his own".

3. Whether the Commonwealth Court erred in not remanding this matter to the Retirement Board of Allegheny County for the taking of additional evidence.

Randall A. CHARLES, Respondent,

v.

**Richard STEHLIK, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 9, 1999.

Melanie Shannon Rothey, Pittsburgh, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 9th day of February, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the trial court erred in awarding primary physical custody of the child to the respondent (stepfather).